JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON S., | CASE NO. CV 20-5597-SSS (AGR) |
|     Plaintiff, | |
|     vs. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for Plaintiff and the decision of the Commissioner is reversed and remanded for reconsideration of Dr. Collins' opinion in terms of whether Plaintiff is limited to work involving one-to-two-step instructions without public contact.

DATED: July 20, 2022

                                              SUNSHINE S. SYKES
                                              United States District Judge