1  Young Bin Yim, CA State Bar No. 232340
   LAW OFFICES OF HARRY J. BINDER
2  AND CHARLES E. BINDER, P.C.
3  485 Madison Avenue, Suite 501
   New York, NY 10022
4  (212)-677-6801
5  Fax (646)-273-2196
   Fedcourt@binderlawfirm.com
6

7                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
8

9   SIMON SOZZI,                          )  2:20-CV-05597-SSS-AGR
                                          )
10       Plaintiff,                       )  ~~PROPOSED~~ ORDER AWARDING
                                          )  **ATTORNEY FEES UNDER THE**
11       v.                               )  **EQUAL ACCESS TO JUSTICE**
                                          )  **ACT, PURSUANT TO 28 U.S.C.**
12                                        )  **§ 2412(d), AND COSTS, PURSUANT**
13  KILOLO KIJAKAZI, Acting               )  **TO 28 U.S.C. § 1920**
    Commissioner of Social Security,      )
14                                        )
15       Defendant.                       )
                                          )
16  _____

17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall

20  be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND

21  FIVE HUNDRED DOLLARS ($4,500.00) and costs under 28 U.S.C. § 1920, in

22  the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of

23  the above-referenced Stipulation.

24

25                                           *Alicia G. Rosenberg*

26  Dated:  October 3, 2022                _____

27                                          Hon. Alicia G. Rosenberg
                                            United States Magistrate Judge
28